P-SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 05-636-RGK (SSx) | Date | July 5, 2005 |
|---|---|---|---|
| Title | *LAURENCE PILGERAM v. THE VANGUARD GROUP, INC.* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) DEFENDANT THE VANGUARD GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT (DE 10)**

The Court hereby advises counsel that the above-referenced motion set for hearing on July 11, 2005 at 9:00 a.m. is **UNDER SUBMISSION** and taken off the motion calendar. Furthermore, no appearance by counsel is necessary. The Court will issue a ruling after full consideration of the submitted pleadings.

**IT IS SO ORDERED.**

DOCKETED ON CM
JUL - 5 2005
BY _____ 009

Initials of Preparer _____ slw